**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **PO-19-05013-GF-JTJ** |
| **Plaintiff,** | **VIOLATION:** |
| | **6028394** |
| **vs.** | **6028395** |
| | **Location Code: M13** |
| **MIKHAIL A. LATS,** | |
| | **ORDER** |
| **Defendant.** | |

Based upon the United States' motion to accept the defendant's payment of a $10 fine and $30 processing fee for violations 6028394 and 6028395 (for a total of $80), and for good cause shown,

IT IS ORDERED that the $80 fine ($10 fine and $30 processing fee for each violation) paid by the defendant is accepted as a full adjudication of violations 6028394 and 6028395.

IT IS FURTHER ORDERED that the initial appearance scheduled for March 7, 2019, is VACATED.

DATED this 19th day of February, 2019.


_____
John Johnston
United States Magistrate Judge